JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA WASHINGTON, <br>     Plaintiff, <br><br>     vs. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br>     Defendant. | CASE NO. 5:23-cv-01776-JPR <br><br> **JUDGMENT** |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 9, 2024

HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE