Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Deanna Washington

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA WASHINGTON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant. | ) No. 5:23-cv-01776-JPR<br>)<br>) **ORDER AWARDING EQUAL**<br>) **ACCESS TO JUSTICE ACT**<br>) **ATTORNEY FEES AND COSTS**<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

　　　IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOURTHOUSAND EIGHT HUNDRED FIFTY-FIVE DOLLARS and FIFTY CENTS ($4,855.50), and costs under 28 U.S.C. § 1920, in the amount

///

///

///

1

of ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the above-referenced Stipulation.

Dated: 2/26/2024

_____
THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

2